**Deandre Ramone KENNELL, Movant/Appellant,**

v.

**STATE of Missouri, Respondent/Respondent.**

**No. 67255.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 20, 1995.

Barbara Hoppe, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, C.J., REINHARD, P.J., and CRAHAN, J.

*ORDER*

PER CURIAM.

Movant appeals from the motion court's denial of his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous. An extended opinion would have no precedential value. Rule 84.16(b).